JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALONA LARAYNE BARNES,<br><br>          Plaintiff<br><br>     v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>          Defendant. | Case No: 2:20-CV-10058-PD<br><br>**JUDGMENT** |

Having approved the Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g),

IT IS ORDERED that judgment is entered in accordance with the Order of Remand.

DATE: August 20, 2021

*Patricia Donahue*

THE HONORABLE PATRICIA DONAHUE

United States Magistrate Judge

-1-